**MOORE AND COMPANY, a Colorado corporation, and H.L. Richison, Petitioners,**

**v.**

**T–A–L–L, INC., a Colorado corporation, Respondent.**

**No. 88SC626.**

Supreme Court of Colorado, En Banc.

April 10, 1989.

Petition for Writ of Certiorari GRANTED.